No. 127. PORT GIBSON VENEER & BOX Co. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 5th Cir. Certiorari de-

nied. *W. H. Watkins* and *R. L. Dent* for petitioner. *Solicitor General Perlman, David P. Findling, Ruth Weyand* and *Fannie M. Boyls* for respondent.